

# THE ATTORNEY GENERAL
## OF TEXAS

OPINION #  0-7437                    WAS NEVER ISSUED OR

WAS WITHDRAWN.